UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUSTAVO ALVARADO, *on behalf of himself and all others similarly situated*,
                              Plaintiff,

-v-

CANNTRUST HOLDINGS INC., *et al.*,
                              Defendants.

---

RONALD E. JONES, *individually and on behalf of all others similarly situated*,
                              Plaintiff,

-v-

CANNTRUST HOLDINGS, INC*., et al.*,
                              Defendants.

---

SCOTT JUSTISS, *individually and on behalf of all others similarly situated*,
                              Plaintiff,

-v-

CANNTRUST HOLDINGS INC., *et al.*,
                              Defendants.

---

19-CV-6438 (JPO)
19-CV-6883 (JPO)
19-CV-7164 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

In light of the termination of the lead case, *In re: CannTrust Holdings Inc. Securities Litigation*, No. 19-CV-6396, the Clerk of Court is directed to enter this Order in, and to close, the three member cases:  (1) *Alvarado v. CannTrust Holdings Inc. et al.*, No. 19-CV-6438; (2) *Jones v. CannTrust Holdings Inc. et al.*, No. 19-CV-6883; and (3) *Justiss v. CannTrust Holdings Inc. et al.*, No. 19-CV-7164.

2

SO ORDERED.

Dated: April 1, 2024
       New York, New York

                                        J. PAUL OETKEN
                                        United States District Judge